# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| *In re ALN Medical Management LLC Data Incident Litigation* | Case No. 4:25-cv-03067-SMB-MDN |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Amanda B. Murphy of Murphy Law Firm hereby enters an appearance in this matter as counsel of record for Plaintiffs Cameron Reed, Eugene Rosenberg, Lauren Mullis, Jeffrey Judka, Virginia Gilleland, Robert Meyers, Caroline Hurley, and Timothy Keggins, individually and on behalf of all others similarly situated.

Dated: June 25, 2025

Respectfully submitted,

/s/ A. Brooke Murphy
Amanda Brooke Murphy
MURPHY LAW FIRM
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

*Counsel for Plaintiffs and the Putative Class*

1

4:25-cv-03067-SMB-MDN    Doc # 35    Filed: 06/25/25    Page 2 of 2 - Page ID # 526

## CERTIFICATE OF SERVICE

I certify that on June 25, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ A. Brooke Murphy*
Amanda Brooke Murphy
